ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
      – and –
DARREN J. ROBBINS (168593)
A. RICK ATWOOD, JR. (156529)
LUKE O. BROOKS (212802)
J. MARCO JANOSKI GRAY (306547)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ricka@rgrdlaw.com
lbrooks@rgrdlaw.com
mjanoski@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, et al.,<br><br>                 Plaintiffs,<br><br>vs.<br><br>DOCUSIGN, INC., et al.,<br><br>                 Defendants. | Case No. 3:24-cv-06749-VC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

TO: THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs[1] by and through their undersigned counsel, voluntarily dismiss without prejudice the above-captioned action in its entirety.

No defendant in this action has served either an answer or a motion for summary judgment.

DATED:  November 27, 2024         Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
A. RICK ATWOOD, JR.
LUKE O. BROOKS
J. MARCO JANOSKI GRAY

s/ Luke O. Brooks
LUKE O. BROOKS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ricka@rgrdlaw.com
lbrooks@rgrdlaw.com
mjanoski@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

Attorneys for Plaintiffs

---

[1] The Plaintiffs are: (a) TIAA-CREF Investment Management, LLC; (b) Teachers Advisors, LLC; (c) Nuveen Fund Advisors, LLC; (d) Nuveen Equity Index Fund (f/k/a TIAA-CREF Equity Index Fund); (e) Nuveen Large Cap Growth Index Fund (f/k/a TIAA-CREF Large-Cap Growth Index Fund); (f) Nuveen Large Cap Growth Fund (f/k/a TIAA-CREF Large-Cap Growth Fund); (g) Nuveen Mid Cap Growth Fund (f/k/a TIAA-CREF Mid-Cap Growth Fund); (h) Nuveen Life Stock Index Fund (f/k/a TIAA-CREF Life Stock Index Fund); (i) Nuveen Life Growth Equity Fund (f/k/a TIAA-CREF Life Growth Equity Fund); (j) TIAA Separate Account VA-1; (k) CREF Global Equities Account; (l) CREF Equity Index Account; (m) CREF Stock Account; (n) CREF Growth Account; (o) Nuveen Mid Cap Growth Opportunities Fund; and (p) Nuveen S&P 500 Dynamic Overwrite Fund.